# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARKS,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>PATRICK EATON, Warden,<br><br>　　　　　　Respondent. | Case No. 2:20-cv-02336-JLS-AFM<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, records on file and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT THEREFORE IS ORDERED that Judgment be entered denying the Petition and dismissing the action with prejudice.

DATED: January 4, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE