**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PARKS,<br><br>    Petitioner,<br><br>  v.<br><br>PATRICK EATON, Warden,<br><br>    Respondent. | Case No. 2:20-cv-02336-JLS-AFM<br><br>**JUDGMENT** |

    This matter came before the Court on the Petition of MICHAEL PARKS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: January 4, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE